In re KANE'S ESTATE.

(Surrogate's Court, New York County. June 19, 1916.)

WILLS ⬡⟶502—CONSTRUCTION—DEVISE TO RELATIVES—EFFECT.

Where a will contains a residuary devise to "relatives, share and share alike," in the absence of evident intent to limit the class, the property goes to all persons entitled to a share of personalty under the statute of distribution.

[Ed. Note.—For other cases, see Wills, Cent. Dig. § 1070; Dec. Dig. ⬡⟶502.]

Proceeding in the estate of Catharine Kane, in which the executor filed his account and prayed for construction of a will. Decree construing the will.

John G. McTigue, of New York City, for executor.
Frank T. Fitzgerald, of New York City, special guardian.

FOWLER, S. The executor has filed his account and asks the surrogate to construe the following paragraph of the will of testatrix:

"Third. The balance of my estate, consisting of my bank accounts, trunks and other personal effects, should be equally divided, share and share alike, between my relatives."

As there is nothing in the other provisions of the will which would indicate that the testatrix intended to limit participation in her personal estate to any particular relatives, the property mentioned in the above paragraph should be divided equally among the persons who, under the statute of distribution of this state, would be entitled to a distributive share of her personal estate. Ennis v. Pentz, 3 Bradf. 382; Gallagher v. Crooks, 132 N. Y. 338, 30 N. E. 746.

Submit decree accordingly.

⬡⟶For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes